

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Email: robert.knief@usdoj.gov
Counsel for Plaintiff United States

FILED
2019 JUN 17 AM 8:47
U.S. MAGISTRATE JUDGE
BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> vs. <br> Jesus Ernesto Reyes Garcia, <br> Defendant. | Case No.   2:19-mj-455-GWF <br><br> **GOVERNMENT'S *EX PARTE* APPLICATION REQUESTING SEALING OF THE COMPLAINT** |

COMES NOW the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Robert A. Knief, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government

1

submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that it's right to secrecy far outweighs the public's right to know.

DATED this __12__ day of June, 2019.

                                            Respectfully submitted,

                                            NICHOLAS A. TRUTANICH
                                            United States Attorney

                                            */s/ Robert A. Knief*
                                            ROBERT A. KNIEF
                                            Assistant United States Attorney

2

FILED
2019 JUN 17 AM 8:47
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, ) | Case No. 2:19-mj-455-GWF |
| Plaintiff, ) | |
| vs. ) | |
| Jesus Ernesto Reyes Garcia, ) | **ORDER SEALING** |
| Defendant. ) | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter, shall be sealed until further order of the Court.

DATED this 17th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE